```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14658
    ROY GOWDY
    GLENNETTE B GOWDY                           CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4493     SSN XXX-XX-0701

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/14/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSEC W/INTER      448.05            .00            .00
CAPITAL ONE                UNSEC W/INTER      344.85            .00            .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00             .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE        .00             .00            .00
MERS                       UNSEC W/INTER   NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    20328.00        1278.27         3061.82
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER      610.33            .00            .00
REGIONAL ACCEPTANCE CORP   SECURED VEHIC    30171.00        1913.84         4086.32
REGIONAL ACCEPTANCE CORP   UNSEC W/INTER      204.67            .00            .00
US BANK                    SECURED VEHIC    13879.00         838.20         3042.93
US BANK                    UNSEC W/INTER   NOT FILED            .00            .00
SPRINT                     UNSEC W/INTER   NOT FILED            .00            .00
DISH NETWORK               UNSEC W/INTER   NOT FILED            .00            .00
BRUCE A GARTNER DDS        UNSEC W/INTER   NOT FILED            .00            .00
AT&T WIRELESS              UNSEC W/INTER   NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   UNSEC W/INTER   NOT FILED            .00            .00
CBE GROUP                  NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED            .00            .00
TIME WARNER CABLE          UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      355.13            .00            .00
ICS                        NOTICE ONLY     NOT FILED            .00            .00
LOYOLA UNIVERSITY PHYS F   UNSEC W/INTER   NOT FILED            .00            .00
METRO ADVANCED RADIO SER   UNSEC W/INTER   NOT FILED            .00            .00
METRO ADVANCED RADIO SER   UNSEC W/INTER   NOT FILED            .00            .00
MID ATL FIN                UNSEC W/INTER   NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS      UNSEC W/INTER   NOT FILED            .00            .00
NWIDE RECVRY               NOTICE ONLY     NOT FILED            .00            .00
PROFCRDSVS                 NOTICE ONLY     NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSEC W/INTER   NOT FILED            .00            .00
MERCHANTS CR               UNSECURED       NOT FILED            .00            .00
LEGAL HELPERS PC           DEBTOR ATTY      2,774.00                           .00
TOM VAUGHN                 TRUSTEE                                         1,127.62

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 14658 ROY GOWDY & GLENNETTE B GOWDY
```

```
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 15,349.00

PRIORITY                                          .00
SECURED                                     10,191.07
    INTEREST                                 4,030.31
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,127.62
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                  15,349.00           15,349.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE